1  ERIC S. C. LINDSTROM (CA BAR NO. 197063)
   MCKENNA LONG & ALDRIDGE LLP
2  101 California Street, 41st Floor
   San Francisco, California 94111
3  Telephone:   (415) 267-4000
   Facsimile:   (415) 267-4198
4  elindstrom@mckennalong.com

5  DAVID L. BALSER (GA BAR NO. 035835)
   (ADMITTED PRO HAC VICE)
6  dbalser@mckennalong.com
   NATHAN L. GARROWAY (GA. BAR NO.
7  142194) (ADMITTED PRO HAC VICE)
   ngarroway@mckennalong.com
8  McKENNA LONG & ALDRIDGE LLP
   303 Peachtree Street, N.E., Suite 5300
9  Atlanta, GA 30308
   Telephone:   (404) 527-4000
10 Facsimile:   (404) 527-4198

11 Attorneys for Defendant
   CINGULAR WIRELESS LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINGULAR WIRELESS LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 06-04622 MHP<br><br>**STIPULATION TO EXTEND TIME TO FILE AND SERVE RESPONSIVE PLEADING PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(a)** |

### STIPULATION

**WHEREAS**, Plaintiffs David and Lisa Faigman ("Plaintiffs") filed the above-entitled action in California Superior Court for the County of San Francisco on or about June 23, 2006;

1   WHEREAS, Defendant Cingular Wireless LLC ("Cingular") removed the above-captioned matter to the United States District Court for the Northern District of California on July 28, 2006;

4   WHEREAS, on August 3, 2006, Plaintiffs and Cingular entered into a previous stipulation pursuant to Northern District Local Rule 6-1(a) extending Cingular's time within which to answer, move against, or otherwise respond to Plaintiffs' Complaint until September 18, 2006;

8   WHEREAS, on September 5, 2006, Cingular filed an Unopposed Motion For Administrative Relief Pursuant To Local Rule 7-11 Regarding Leave Of Court To File A Motion To Dismiss Before The Initial Case Management Conference no later than September 18, 2006;

11  WHEREAS, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order";

15  WHEREAS, the earliest deadline fixed by the above-captioned Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated July 28, 2006, is October 23, 2006;

18  WHEREAS, the parties conferred on September 7, 2006, and have determined that additional time is necessary to explore early resolution of this matter; and

20  **THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their undersigned counsel, that Cingular shall answer, move against, or otherwise respond to Plaintiffs' Complaint no later than October 20, 2006, and that Cingular's Unopposed Motion For Administrative Relief Pursuant To Local Rule 7-11 Regarding Leave Of Court To File A Motion To Dismiss Before The Initial Case Management Conference is withdrawn without prejudice to re-file.

| | | |
|---|---|---|
| 1 | Dated: September 7, 2006 | COTCHETT, PITRE, SIMON & MCCARTHY |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Bruce L. Simon<br>Esther L. Klisura |
| 5 | | Attorneys for Plaintiffs<br>DAVID and LISA FAIGMAN |
| 6 | | |
| 7 | Dated: September 7, 2006 | MCKENNA LONG & ALDRIDGE LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Eric S. C. Lindstrom |
| 11 | | David L. Balser (PRO HAC VICE)<br>Nathan L. Garroway (PRO HAC VICE) |
| 12 | | Attorneys for Defendant<br>CINGULAR WIRELESS LLC |

September 18, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE BY MAIL

FAIGMAN V. CINGULAR WIRELESS LLC
USDC, NORTHERN DISTRICT OF CALIFORNIA - CASE NO. C 06-04622 MHP

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **September 7, 2006,** I placed with this firm at the above address for deposit with the United States Postal Service, a true and correct copy of the within document:

*Stipulation to Extend Time to File and Serve
Responsive Pleading Pursuant to Northern District Local Rule 6-1(a)*

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Bruce L. Simon, Esq.<br>Esther L. Klisura, Esq.<br>Cotchett, Pitre, Simon & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br><br>*Attorneys for Plaintiff and the Class*<br>David and Lisa Faigman,<br>individually and on behalf of a class<br>of others similarly situated | Harvey Rosenfield, Esq.<br>Pamela Pressley, Esq.<br>FOUNDATION FOR TAXPAYER AND<br>  CONSUMER RIGHTS<br>1750 Ocean Park Boulevard, Suite 200<br>Santa Monica, CA  90405<br><br>*Attorneys for Plaintiff and the Class*<br>David and Lisa Faigman, individually<br>and on behalf of a class of others<br>similarly situated |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 7, 2006,** at San Francisco, California.

_____
Gina Paronelli

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27214158

PROOF OF SERVICE VIA MAIL