UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of a class of other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CINGULAR WIRELESS, LLC; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 06-04622 MHP |

### [PROPOSED] ORDER

The Case Management Conference currently scheduled for November 13, 2006, at 4:00 P.M. is hereby continued until December 18, 2006, at 2:00 P.M.

Dated: November 13, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel