Bruce L. Simon (#96241)
Esther L. Klisura (#221171)
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
Email:  bsimon@cpsmlaw.com

Harvey Rosenfield (#123082)
Pamela Pressley (#180362)
FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS
1750 Ocean Park Boulevard, Suite 200
Santa Monica, California 90405
Telephone: (310) 392-0522
Facsimile: (310) 392-8874
Email: harvey@consumerwatchdog.org

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CINGULAR WIRELESS, LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C06-04622 MHP <br><br> **STIPULATION RE HEARING ON DEFENDANT'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER** |

1    WHEREAS, on October 20, 2006, defendant Cingular Wireless LLC filed a

2  Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

3    WHEREAS, the hearing on defendant's Motion to Dismiss was noticed for

4  December 18, 2006, and a case management conference was scheduled for that same

5  date;

6    WHEREAS, due to the unavailability of plaintiffs' counsel on December 18, 2006

7  and other scheduling restraints that have recently arisen, the parties have agreed to

8  continue the hearing on the Motion to Dismiss and the case management conference;

9    WHEREAS, the parties believe the Court is available to hear the Motion to

10  Dismiss and conduct a case management conference on January 22, 2007;

11    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

12  the undersigned counsel that the hearing on defendant's Motion to Dismiss and the case

13  management conference shall be continued to January 22, 2007 at 2:00 p.m.

14    IT IS SO STIPULATED.

15

16  Dated: December **13**, 2006          COTCHETT, PITRE, SIMON & McCARTHY
                                          FOUNDATION FOR TAXPAYER AND
17                                        CONSUMER RIGHTS

18                                        By: _____

19                                        *Counsel for Plaintiffs and the Class*

20

21

22  Dated: December **13**, 2006          McKENNA LONG & ALDRIDGE LLP

23                                        By: _____

24                                        *Counsel for Defendant*

25

26

27

28

---

**Stipulation Re Hearing On Defendant's Motion To Dismiss And [Proposed] Order**
Case No. C06-04622 MHP                                                          1

# ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED THAT the hearing on Cingular Wireless LLC's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) shall be continued from December 18, 2006 to January 22, 2007 at 2:00 p.m.  The case management conference shall also be continued to that date and time.

IT IS SO ORDERED.

Dated:  12/19/06



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel