1  BRUCE L. SIMON (CA BAR NO. 96241)
   ESTHER L. KLISURA (CA BAR NO. 221171)
2  PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
   44 Montgomery Street, Suite 1200
3  San Francisco, California 94103
   Telephone:   (415) 433-9000
4  Facsimile:   (415) 433-4008
   Email: bsimon@psswplaw.com
5
   HARVEY ROSENFIELD (CA BAR NO. 123082)
6  PAMELA PRESSLEY (CA BAR NO. 180362)
   FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS
7  1750 Ocean Park Boulevard, Suite 200
   Santa Monica, CA 90405
8  Telephone:   (310) 392-0522
   Facsimile:   (310) 392-8874
9  Email: harvey@consumerwatchdog.org

10 REGINALD TERRELL (CA. Bar. 127874)
   THE TERRELL LAW GROUP
11 223 25th Street
   Richmond, California 94804
12 Telephone:   (510) 237-9700
   Facsimile:   (510) 237-4616
13 Email: reggiet2@aol.com

14
   DONALD AMAMGBO
15 AMAMGBO & ASSOCIATES
   Oakport, Suite 4900
16 Oakland, California 94621
   Telephone:   (510) 615-6000
17 Facsimile:   (510) 615-6025
   Email: donald@amamgbolaw.com
18
   *Attorneys for David Faigman and the Proposed Class*
19
   FELICIA FENG (CA BAR NO. 184346)
20 MCKENNA LONG & ALDRIDGE LLP
   One Market Plaza
21 Spear Tower, Suite 3500
   San Francisco, CA 94105
22 Telephone:   (415) 267-4000
   Facsimile:   (415) 267-4198
23 Email: ffeng@mckennalong.com

24
25
26
27
28

DAVID L. BALSER (GA BAR NO. 035835)
(ADMITTED *PRO HAC VICE*)
NATHAN L. GARROWAY (GA. BAR NO. 142194)
(ADMITTED *PRO HAC VICE*)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email: dbalser@mckennalong.com

*Attorneys for Defendant*
*AT&T Mobility LLC f/k/a Cingular Wireless LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC F/K/A CINGULAR WIRELESS LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:06cv04622 MHP<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a)** |

### STIPULATION

**WHEREAS**, plaintiffs David and Lisa Faigman filed a First Amended Class Action Complaint on April 16, 2007;

**WHEREAS**, pursuant to Local Rule 6-1(a), the parties may stipulate in writing without Court order to extend the time to answer or otherwise respond to the Complaint provided the extension will not change the date of any event or any deadline already fixed by Court order.

**WHEREAS**, Plaintiffs have agreed that Defendant shall have until May 21, 2007 to answer or otherwise respond to the First Amended Class Action Complaint. This extension does not alter the date of any event or any deadline already fixed by Court order.

1  **THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through
2  their undersigned counsel, that Defendant shall answer, move against, or otherwise respond to
3  Plaintiffs' First Amended Class Action Complaint no later than May 21, 2007.
4
5
6              4/27/2007
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McKenna Long &
Aldridge LLP
Attorneys At Law

- 3 -                              STIPULATION 3:06CV04622 MHP

SF:27243169.1

| | |
|---|---|
| Dated: April 26, 2007 | By: */s/ Esther L. Kilsura* (NLG w/express permission)<br>BRUCE L. SIMON<br>ESTHER L. KLISURA<br>Pearson, Simon, Soter,<br>Warshaw & Penny, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, California 94103<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-4008<br>Email: bsimon@psswplaw.com<br><br>HARVEY ROSENFIELD<br>PAMELA PRESSLEY<br>Foundation For Taxpayer And Consumer Rights<br>1750 Ocean Park Boulevard, Suite 200<br>Santa Monica, CA 90405<br>Telephone: (310) 392-0522<br>Facsimile: (310) 392-8874<br>Email: harvey@consumerwatchdog.org<br><br>REGINALD TERRELL<br>The Terrell Law Group<br>223 25th Street<br>Richmond, California 94804<br>Telephone:         (510) 237-9700<br>Facsimile: (510) 237-4616<br>Email: reggiet2@aol.com<br><br>DONALD AMAMGBO<br>Amamgbo & Associates<br>Oakport, Suite 4900<br>Oakland, California 94621<br>Telephone: (510) 615-6000<br>Facsimile: (510) 615-6025<br>Email: donald@amamgbolaw.com<br><br>*Attorneys for David Faigman and the Proposed Class* |
| Dated: April 26, 2007 | By: */s/ Nathan L. Garroway*<br>FELICIA FENG<br>McKenna Long & Aldridge LLP<br>One Market Plaza<br>Spear Tower, Suite 3500<br>San Francisco, CA 94105<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198<br>Email: ffeng@mckennalong.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID L. BALSER
   (Admitted *Pro Hac Vice*)
NATHAN L. GARROWAY
   (Admitted *Pro Hac Vice*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email:  dbalser@mckennalong.com

*Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On **April 26, 2007,** I electronically filed the:

*Stipulation Pursuant to Local Rule 6-1(a)*

with the Clerk of the United States District Court - Northern District of California, via the Court's electronic court filing system (ECF). The Court will generate email notification to all attorneys of record participating in this case via ECF. Participating attorneys are:

> David L. Balser, Esq., McKenna Long & Aldridge LLP
> Nathan L. Garroway, Esq., McKenna Long & Aldridge LLP
> Felicia Y. Feng, Esq., McKenna Long & Aldridge LLP
> Esther L. Klisura, Esq., Cotchett, Pitre, Simon & McCarthy
> Bruce L. Simon, Esq., Cotchett, Pitre, Simon & McCarthy
> Harvey Jay Rosenfield, Esq., Foundation for Taxpayer and Consumer Rights

For those served by U.S. Mail, I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On this date I placed with this firm at the above address for deposit with the United States Postal Service, a true and correct copy of the documents stated above, in sealed envelopes, postage fully paid, addressed as follows:

> Donald Amamgbo, Esq.
> AMAMGBO & ASSOCIATES PLC
> 7901 Oakport Street, Suite 4900
> Oakland, CA  94621-2089
>
> Reginald Terrell, Esq.
> THE TERRELL LAW GROUP
> 223 25th Street
> Richmond, CA  94804

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

McKenna Long &
Aldridge LLP
Attorneys At Law

- 1 -

STIPULATION 3:06CV04622 MHP

SF:27243169.1

1  Executed on **April 26, 2007,** at San Francisco, California.

_____
Gina Paronelli