1  Bruce L. Simon (Bar No. 92641)
   Esther L. Klisura (Bar No. 221171)
2  PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
   44 Montgomery Street, Suite 1200
3  San Francisco, CA  94104
   Telephone:    (415) 433-9000
4  Facsimile:    (415) 433-9008
   Email:        bsimon@psswplaw.com
5
   Harvey Rosenfield (Bar No. 123082)
6  Pamela Pressley (Bar No. 180362)
   CONSUMER WATCHDOG
7  1750 Ocean Park Boulevard, Suite 200
   Santa Monica, CA  90405
8  Telephone:    (310) 392-0522
   Facsimile:    (310) 392-8874
9  Email:        harvey@consumerwatchdog.org

10 *Attorneys for Plaintiffs and the Proposed Class*

11 David Balser (pro hac vice)
   Nathan L. Garroway (pro hac vice)
12 Thuy Taitt (pro hac vice)
   McKENNA LONG & ALDRIDGE LLP
13 303 Peachtree Street, N.W., Suite 5300
   Atlanta, GA  30308
14 Telephone:    (404) 527-4000
   Facsimile:    (404) 527-4198
15 Email:        dbalser@mckennalong.com

16 *Attorneys for Defendant AT&T Mobility LLC*

17

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  DAVID and LISA FAIGMAN, individually and on behalf of all others | CASE NO. C06-04622 MHP |
| 22  similarly situated, | **STIPULATION RE PLAINTIFFS' MOTION FOR CLASS** |
| 23            Plaintiffs, | **CERTIFICATION;** [PROPOSED] **ORDER** |
| 24       vs. | |
| 25  AT&T MOBILITY LLC; and DOES 1 through 100, inclusive, | |
| 26            Defendants. | |
| 27 | |
| 28 | |

WHEREAS, on July 17, 2008, the Court established a briefing schedule and hearing date for plaintiffs' motion for class certification;

WHEREAS, defendant AT&T Mobility LLC believes the briefing schedule allows insufficient time for it to prepare an opposition;

WHEREAS, the parties are informed that the Court is available to hear motion arguments on October 6, 2008;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. The deadline for plaintiffs to file their motion for class certification shall be August 11, 2008 as previously set.

2. The deadline for defendant to file its opposition to the motion for class certification shall be continued two weeks to September 8, 2008.

3. The deadline for plaintiffs to file their motion for class certification reply shall be continued three weeks to September 23, 2008.

4. The hearing on plaintiffs' motion for class certification shall be continued three weeks to October 6, 2008 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: July **23**, 2008

PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP

_/s/ Esther Klisura_
Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

*Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: July 23, 2008 | McKENNA LONG & ALDRIDGE LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | David Balser<br>Nathan L. Garroway<br>Thuy Taitt |
| 5 | | McKENNA LONG & ALDRIDGE LLP<br>303 Peachtree Street, N.W., Suite 5300 |
| 6 | | Atlanta, GA  30308<br>Telephone:  (404) 527-4000 |
| 7 | | Facsimile:   (404) 527-4198 |
| 8 | | *Counsel for Defendant AT&T Mobility LLC* |

STIPULATION RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
Case No. C06-04622 MHP

2

# ~~PROPOSED~~ ORDER

Good cause appearing, the July 17, 2008 Minute Order shall be modified as follows:

1. Plaintiffs shall file their motion for class certification by August 11, 2008.

2. Defendant shall file its opposition to the motion for class certification by September 8, 2008.

3. Plaintiffs shall file their motion for class certification reply by September 23, 2008.

4. The hearing on plaintiffs' motion for class certification shall be on October 6, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 24, 2008



_____
Hon. UNITED STATES DISTRICT JUDGE

**STIPULATION RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**
Case No. C06-04622 MHP