DAVID L. BALSER (*pro hac vice*)
dbalser@mckennalong.com
NATHAN L. GARROWAY (*pro hac vice*)
ngarroway@mckennalong.com
THUY V. TAITT (*pro hac vice*)
ttaitt@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:    (404) 527-4000
Facsimile:    (404) 527-4198

PATRICK M. MALONE (SBN 167433)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198
Email:  pmalone@mckennalong.com

Attorneys for Defendant AT&T Mobility LLC
f/k/a Cingular Wireless LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC F/K/A CINGULAR WIRELESS LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  3:06cv04622 MHP<br><br>**STIPULATION REGARDING EXTENSION OF PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING**<br><br>Judge:  Hon. Marilyn H. Patel<br>Date:   October 6, 2008<br>Time:   2:00 P.M.<br>Ctrm:   Courtroom 15, 18th Floor |

WHEREAS, plaintiffs David and Lisa Faigman filed a Motion for Class Certification on August 11, 2008 and Defendant must file its opposition by September 8, 2008;

WHEREAS, pursuant to Local Rule 7.4(b), Defendant hereby moves the Court for permission to file ten (10) additional pages in its opposition to Plaintiffs' Motion for Class

Certification for a length of up to thirty-five (35) pages so that it can cogently present the facts and legal arguments relating to the issues raised by Plaintiffs' Motion. Defendant will make every effort to keep its opposition as concise as possible, while adequately framing the factual and legal issues for the Court.

WHEREAS, Plaintiffs stipulate to this request, and move the Court for an additional 10 pages for their reply brief in support of Motion for Class Certification which will give them permission to file a reply brief in support of their Motion for Class Certification of up to twenty-five (25) pages. Plaintiffs will make every effort to keep their reply brief as concise as possible, while adequately framing the factual and legal issues for the Court.

**THEREFORE, IT IS HEREBY STIPULATED** that Defendant shall have up to thirty-five (35) pages to file an opposition to Plaintiffs' Motion for Class Certification and Plaintiffs shall have up to twenty-five (25) pages to file a reply brief in support of their Motion for Class Certification.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**



IT IS SO ORDERED
Judge Marilyn H. Patel

McKenna Long & Aldridge LLP
Attorneys At Law

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | By: /s/ Esther L. Klisura |
| 2 | | BRUCE L. SIMON |
| | | ESTHER L. KLISURA |
| 3 | | Pearson, Simon, Soter, Warshaw & Penny, LLP |
| 4 | | 44 Montgomery Street, Suite 1430 |
| | | San Francisco, California 94103 |
| 5 | | Telephone: (415) 433-9000 |
| | | Facsimile: (415) 433-4008 |
| 6 | | Email: bsimon@psswplaw.com |
| | | Email: eklisura@psswplaw.com |

CLIFFORD H. PEARSON
GARY S. SOTER
Pearson, Simon, Soter, Warshaw & Penny, LLP
15165 Ventura Boulevard, Suite 400
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: cpearson@psswplaw.com
Email: gsoter@psswplaw.com

HARVEY ROSENFIELD
PAMELA PRESSLEY
Consumer Watchdog
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA 90405
Telephone: (310) 392-0522
Facsimile: (310) 392-8874
Email: harvey@consumerwatchdog.org
Email: pam@consumerwatchdog.org

REGINALD TERRELL
The Terrell Law Group
223 25th Street
Richmond, California 94804
Telephone (510) 237-9700
Facsimile: (510) 237-4616
Email: reggiet2@aol.com

DONALD AMAMGBO
Amamgbo & Associates
Oakport, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025
Email: donald@amamgbolaw.com

*Attorneys for David and Lisa Faigman and the Proposed Class*

| | |
|---|---|
| 1   Dated: September 4, 2008 | By: */s/ Nathan L. Garroway* |

PATRICK MALONE
McKenna Long & Aldridge LLP
101 California Street
41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: patrickmalone@mckennalong.com

DAVID L. BALSER
   (Admitted *Pro Hac Vice*)
NATHAN L. GARROWAY
   (Admitted *Pro Hac Vice*)
THUY V. TAITT (*pro hac vice*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

*Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*

## CERTIFICATE OF SERVICE

This is to certify that on September 4, 2008, I electronically filed the within and foregoing **Stipulation** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Bruce L. Simon
Esther L. Klisura
Harvey Rosenfield
Pamela Pressley
Felicia Y. Feng
David L. Balser
Nathan L. Garroway
Thuy V. Taitt
Patrick Malone

By: */s/ Nathan L. Garroway*
NATHAN L. GARROWAY
(Admitted *Pro Hac Vice*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email: ngarroway@mckennalong.com