BRUCE L. SIMON (Bar No. 96241)
  bsimon@psswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, CA  94104
Telephone:     (415) 433-9000
Facsimile:      (415) 433-9008

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@psswplaw.com
GARY S. SOTER (Bar No. 67622)
  gsoter@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA  91403
Telephone:     (818) 788-8300
Facsimile:      (818) 788-8104

HARVEY ROSENFIELD (Bar No. 123082)
  harvey@consumerwatchdog.org
PAMELA PRESSLEY (Bar No. 180362)
  pam@consumerwatchdog.org
**CONSUMER WATCHDOG**
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA  90405
Telephone:     (310) 392-0522
Facsimile:      (310) 392-8874

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY LLC, formerly known as CINGULAR WIRELESS LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C06-04622-MHP<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' REQUEST FOR DISCOVERY AND FOR CONTINUATION OF CLASS CERTIFICATION DATES**<br><br>**\* AS AMENDED BY COURT** |

The Court has reviewed Plaintiffs' Request for Discovery and for Continuation of Class Certification Dates. Good cause appearing, the Court ORDERS as follows:

1. Defendant AT&T Mobility LLC shall provide substantive responses to plaintiffs' Interrogatory Nos., 4, 5, 7, 8 and 9, and Requests for Production Nos. 20, 24, 26, 30, 31, 32, 33 and 37 by October 10, 2008. Defendant shall also produce all responsive documents by that date.

2. Plaintiffs shall complete the deposition of defendant, pursuant to Federal Rule of Civil Procedure 30(b)(6), on redemption rates and defendant's decision to use VISA Reward Cards by October 24, 2008.

3. Plaintiffs shall file their class certification reply brief by November 7, 2008.

4. The hearing on plaintiffs' motion for class certification shall take place on November ~~25~~ 24, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Date: _September 25_____, 2008           _____
                                         Honorable Marilyn H. Patel
                                         United States District Judge



IT IS SO ORDERED.
Judge Marilyn H. Patel

789519.1                                1                              C06-04622-MHP
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR DISCOVERY AND FOR CONTINUATION OF CLASS CERTIFICATION DATES