DAVID L. BALSER (*pro hac vice*)
dbalser@mckennalong.com
NATHAN L. GARROWAY (*pro hac vice*)
ngarroway@mckennalong.com
THUY V. TAITT (*pro hac vice*)
ttaitt@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:   (404) 527-4000
Facsimile:    (404) 527-4198

PATRICK M. MALONE (SBN. 167433)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
Telephone:   (415) 267-4000
Facsimile:    (415) 267-4198
Email: pmalone@mckennalong.com

Attorneys for Defendant AT&T Mobility LLC
f/k/a Cingular Wireless LL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC F/K/A CINGULAR WIRELESS LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  3:06cv04622 MHP<br><br>**STIPULATION REGARDING CLASS CERTIFICATION HEARING**<br><br>Judge: Hon. Marilyn H. Patel<br>Date:  December 8, 2008<br>Time:  2:00 P.M.<br>Ctrm:  Courtroom 15, 18th Floor |

Please take notice that after mediating with Justices Howard B. Wiener and Edward A. Panelli, the parties to this action have signed a settlement term sheet to resolve this putative class action, together with *Todd Struyk v. AT&T Mobility LLC*, 3:07-cv-1314-BEN-CAB ("Struyk") pending in the United States District Court, Southern District of California.  Assuming a

1  settlement agreement can be finalized, the parties plan to file their Motion for Preliminary
2  Approval of the Proposed Class Action Settlement on or before January 12, 2009. The settlement
3  contemplates that the *Struyk* action will be stayed during the settlement approval process.
4      WHEREFORE, the parties request that this court adjourn the class certification hearing
5  scheduled for December 8, 2008.
6      **PURSUANT TO STIPULATION, IT IS SO ORDERED**



IT IS SO ORDERED
Judge Marilyn H. Patel

| | | |
|---|---|---|
| 1 | Dated: December 4, 2008 | By: /s/ Esther L. Klisura |

BRUCE L. SIMON
ESTHER L. KLISURA
Pearson, Simon, Soter,
Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94103
Telephone: (415) 433-9000
Facsimile: (415) 433-4008
Email: bsimon@psswplaw.com
Email: eklisura@psswplaw.com

CLIFFORD H. PEARSON
GARY S. SOTER
Pearson, Simon, Soter,
Warshaw & Penny, LLP
15165 Ventura Boulevard, Suite 400
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: cpearson@psswplaw.com
Email: gsoter@psswplaw.com

HARVEY ROSENFIELD
PAMELA PRESSLEY
Foundation For Taxpayer And Consumer Rights
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA 90405
Telephone: (310) 392-0522
Facsimile: (310) 392-8874
Email: harvey@consumerwatchdog.org


REGINALD TERRELL
The Terrell Law Group
223 25th Street
Richmond, California 94804
Telephone:         (510) 237-9700
Facsimile: (510) 237-4616
Email: reggiet2@aol.com

DONALD AMAMGBO
Amamgbo & Associates
Oakport, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025
Email: donald@amamgbolaw.com

*Attorneys for David Faigman and the Proposed Class*

| | |
|---|---|
| Dated: December 4, 2008 | By: /s/ Nathan L. Garroway |
| | PATRICK MALONE |
| | McKenna Long & Aldridge LLP |
| | 101 California Street |
| | 41st Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 267-4000 |
| | Facsimile: (415) 267-4198 |
| | Email: patrickmalone@mckennalong.com |
| | |
| | DAVID L. BALSER |
| | (Admitted *Pro Hac Vice*) |
| | NATHAN L. GARROWAY |
| | (Admitted *Pro Hac Vice*) |
| | McKenna Long & Aldridge LLP |
| | 303 Peachtree Street, N.E., Suite 5300 |
| | Atlanta, GA 30308 |
| | Telephone: (404) 527-4000 |
| | Facsimile: (404) 527-4198 |
| | Email: dbalser@mckennalong.com |
| | |
| | *Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC* |

## CERTIFICATE OF SERVICE

This is to certify that on December 4, 2008, I electronically filed the within and foregoing **Stipulation** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Bruce L. Simon
Esther L. Klisura
Harvey Rosenfield
Pamela Pressley
Felicia Y. Feng
David L. Balser
Nathan L. Garroway
Thuy V. Taitt
Patrick Malone

By: */s/ Nathan L. Garroway*
   NATHAN L. GARROWAY
   (Admitted *Pro Hac Vice*)
   McKenna Long & Aldridge LLP
   303 Peachtree Street, N.E., Suite 5300
   Atlanta, GA  30308
   Telephone: (404) 527-4000
   Facsimile: (404) 527-4198
   Email: ngarroway@mckennalong.com