Bruce L. Simon (Bar No. 92641)
Esther L. Klisura (Bar No. 221171)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008
Email:  bsimon@psswplaw.com

Harvey Rosenfield (Bar No. 123082)
Pamela Pressley (Bar No. 180362)
CONSUMER WATCHDOG
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA 90405
Telephone:  (310) 392-0522
Facsimile:  (310) 392-8874
Email:  harvey@consumerwatchdog.org

*Attorneys for Plaintiffs and the Proposed Class*

David Balser (pro hac vice)
Nathan L. Garroway (pro hac vice)
Thuy Taitt (pro hac vice)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.W., Suite 5300
Atlanta, GA 30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
Email:  dbalser@mckennalong.com

*Attorneys for Defendant AT&T Mobility LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T MOBILITY LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. C06-04622 MHP <br><br> **STIPULATION RE TRANSCRIPT OF APRIL 20, 2009 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  WHEREAS, the Court conducted a further case management conference on April 20, 2009 to discuss the status of the parties' settlement discussions;

2  WHEREAS, the parties and the Court discussed matters protected from disclosure by Federal Rule of Evidence 408 and confidential under ADR Local Rule 6-12;

3  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

    1.  The transcript of the April 20, 2009 case management conference shall be sealed.

IT IS SO STIPULATED.

Dated:  April 20, 2009

PEARSON, SIMON, WARSHAW & PENNY, LLP

      /s/ Bruce L. Simon
Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA  94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

*Counsel for Plaintiffs and the Proposed Class*

Dated:  April 20, 2009

CONSUMER WATCHDOG

      /s/ Harvey Rosenfield
Harvey Rosenfield
Pamela Pressley
CONSUMER WATCHDOG
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA  90405
Telephone:   (310) 392-0522
Facsimile:    (310) 392-8874

*Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: April 20, 2009 | McKENNA LONG & ALDRIDGE LLP |

                                              /s/ David Balser
                                    David Balser
                                    Nathan L. Garroway
                                    Thuy Taitt
                                    McKENNA LONG & ALDRIDGE LLP
                                    303 Peachtree Street, N.W., Suite 5300
                                    Atlanta, GA  30308
                                    Telephone:   (404) 527-4000
                                    Facsimile:    (404) 527-4198

*Counsel for Defendant AT&T Mobility LLC*

1 **~~PROPOSED~~ ORDER**

2  Good cause appearing, the transcript of the April 20, 2009 case management
3 conference shall be sealed.

4

5

6 Dated: 4/22/2009

7 _____
   Hon. Marilyn Hall Patel
   UNITED STATES DISTRICT JUDGE



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE TRANSCRIPT OF APRIL 20, 2009 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
Case No. C06-04622 MHP