1  Bruce L. Simon (Bar No. 92641)
   Esther L. Klisura (Bar No. 221171)
2  PEARSON, SIMON, WARSHAW & PENNY, LLP
   44 Montgomery Street, Suite 1430
3  San Francisco, CA  94104
   Telephone:   (415) 433-9000
4  Facsimile:   (415) 433-9008
   Email:       bsimon@psswplaw.com
5
   Harvey Rosenfield (Bar No. 123082)
6  Pamela Pressley (Bar No. 180362)
   CONSUMER WATCHDOG
7  1750 Ocean Park Boulevard, Suite 200
   Santa Monica, CA  90405
8  Telephone:   (310) 392-0522
   Facsimile:   (310) 392-8874
9  Email:       harvey@consumerwatchdog.org

10 *Attorneys for Plaintiffs and the Proposed Class*

11 David Balser (pro hac vice)
   Nathan L. Garroway (pro hac vice)
12 Thuy Taitt (pro hac vice)
   McKENNA LONG & ALDRIDGE LLP
13 303 Peachtree Street, N.W., Suite 5300
   Atlanta, GA  30308
14 Telephone:   (404) 527-4000
   Facsimile:   (404) 527-4198
15 Email:       dbalser@mckennalong.com

16 *Attorneys for Defendant AT&T Mobility LLC*

17

18                    **UNITED STATES DISTRICT COURT**

19           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

20

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AT&T MOBILITY LLC; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. C06-04622 MHP<br><br>**STIPULATION RE CONTINUANCE OF JUNE 1, 2009 STATUS CONFERENCE; [~~PROPOSED~~] ORDER** |

**STIPULATION RE CONTINUANCE OF JUNE 1, 2009 STATUS CONFERENCE; [PROPOSED] ORDER**
Case No. C06-04622 MHP

1  WHEREAS, the Court has scheduled a further status conference in this case for June 1, 2009 at 3:00 p.m.;

2  WHEREAS, plaintiffs' counsel have a scheduling conflict on June 1, 2009;

3  WHEREAS, the parties are informed that the Court is available to conduct a status conference on June 29, 2009 at 3:00 p.m.;

4  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

    1.  The further status conference may be continued to June 29, 2009 at 3:00 p.m.

IT IS SO STIPULATED.

Dated: May 19, 2009

PEARSON, SIMON, WARSHAW & PENNY, LLP

/s/ Bruce L. Simon
Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA  94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

*Counsel for Plaintiffs and the Proposed Class*

Dated: May 19, 2009

CONSUMER WATCHDOG

/s/ Harvey Rosenfield
Harvey Rosenfield
Pamela Pressley
CONSUMER WATCHDOG
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA  90405
Telephone:   (310) 392-0522
Facsimile:   (310) 392-8874

*Counsel for Plaintiffs and the Proposed Class*

**STIPULATION RE CONTINUANCE OF JUNE 1, 2009 STATUS CONFERENCE; [PROPOSED] ORDER**
Case No. C06-04622 MHP                                                                                                    1

| | |
|---|---|
| 1  Dated: May 19, 2009 | McKENNA LONG & ALDRIDGE LLP |

        /s/ David Balser
_____
David Balser
Nathan L. Garroway
Thuy Taitt
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.W., Suite 5300
Atlanta, GA  30308
Telephone:   (404) 527-4000
Facsimile:    (404) 527-4198

*Counsel for Defendant AT&T Mobility LLC*

1  **~~PROPOSED~~ ORDER**

2  Good cause appearing, the further status conference previously scheduled for June
3  1, 2009 shall be continued to June 29, 2009 at 3:00 p.m.

6  Dated:  5/20/2009



Judge Marilyn H. Patel

**STIPULATION RE CONTINUANCE OF JUNE 1, 2009 STATUS CONFERENCE; [PROPOSED] ORDER**
Case No. C06-04622 MHP