DAVID L. BALSER (*pro hac vice*)
dbalser@mckennalong.com
NATHAN L. GARROWAY (*pro hac vice*)
ngarroway@mckennalong.com
THUY V. TAITT (*pro hac vice*)
ttaitt@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:  (404) 527-4000
Facsimile:   (404) 527-4198

PATRICK M. MALONE (SBN. 167433)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
Telephone:  (415) 267-4000
Facsimile:   (415) 267-4198
Email:  pmalone@mckennalong.com

*Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID and LISA FAIGMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY LLC, formerly known as CINGULAR WIRELESS LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C06-04622-MHP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Judge:  Hon. Marilyn H. Patel<br>Date:   November 23, 2009<br>Time:   3:00 P.M.<br>Ctrm:   Courtroom 15, 18th Floor |

The parties respectfully stipulate to the following:

WHEREAS, the Court has scheduled a status conference in this matter on November 23, 2009 at 3:00 P.M.

WHEREAS, the parties have agreed to conduct a further mediation session with Justice

Panelli on December 21, 2009.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their undersigned counsel, that the status conference shall be continued until January 25, 2010 at 3:00 P.M.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                                                                                   _____
JUDGE MARILYN H. PATEL
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Dated: November 20, 2009                   Respectfully submitted,

By:  /s/ Nathan L. Garroway
DAVID L. BALSER
NATHAN L. GARROWAY
**MCKENNA LONG & ALDRIDGE LLP**
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198

*Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*

By:  /s/ Bruce L. Simon
BRUCE L. SIMON (Bar No. 92641)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

CLIFFORD H. PEARSON (Bar No. 108523)
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

HARVEY ROSENFIELD (Bar No. 123082)
PAMELA PRESSLEY (Bar No. 180362)
**CONSUMER WATCHDOG**
1750 Ocean Park Boulevard, Suite 200
Santa Monica, CA 90405
Telephone: (310) 392-0522
Facsimile: (310) 392-8874

REGINALD TERRELL (Bar No. 127874)
**THE TERRELL LAW GROUP**
223 25th Street
Richmond, CA 94804
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

DONALD AMAMGBO (Bar No. 164716)
**AMAMGBO & ASSOCIATES**
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025

*Attorneys for Plaintiffs and the Proposed Class*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Bruce L. Simon.

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

This is to certify that on November 20, 2009, I electronically filed the within and foregoing **Stipulation to Continue Status Conference** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Bruce Lee Simon | Felicia Yi-Wen Feng |
| Clifford H. Pearson | Harvey Jay Rosenfield |
| David L. Balser | Karen Rae Thorland |
| Eric Stefan | Nathan Lewis Garroway |
| Clay Lindstrom | Patrick Michael Malone |
| Esther L Klisura | Thuy Vu Taitt |

By: */s/ Nathan L. Garroway*
Nathan L. Garroway
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email:  ngarroway@mckennalong.com